## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| MYRON H. MURLEY III | |
| Plaintiff, | |
| v. | Civil Action No. 1:12cv715 |
| THE DEPARTMENT OF THE ARMY | |
| Defendant. | |

### PLAINTIFF'S STIPULATION OF DISMISSAL

**COMES NOW** Plaintiff Myron H. Murley, III by and through undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) hereby files this Stipulation of Dismissal of this action. Mr. Murley may take this action without leave of Court because the Defendant has neither filed an Answer or Motion for Summary Judgment in this matter.

**WHEREFORE**, Plaintiff respectfully asks that this Court dismiss this action with Prejudice.

Respectfully submitted,

Date: September 13, 2012          By:  /s/James S. DelSordo_____
                                  James S. DelSordo, Esq.
                                  Argus Legal, LLC
                                  9255 Center St., Suite 370
                                  Manassas, VA 20110
                                  Telephone: (703) 368-8770

                                  Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of September, 2012, a copy of the foregoing Plaintiff's Stipulation of Dismissal was served by electronic mail through the Court's electronic case filing system on counsel for the Defendant:

Joseph Krill, Esq.
Office of the United States Attorney
  for the Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, Virginia 22314

                                          __/s/James S. DelSordo_____
                                          James S. DelSordo