IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MYRON H. MURLEY, III ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:12-cv-715 |
| ) | |
| THE DEPARTMENT OF THE ARMY ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on the Plaintiff's Stipulation of Dismissal (Dkt. No. 7) pursuant to Federal Rule of Civil Procedure 41(a)(1)(I). For good cause appearing, the matter is hereby DISMISSED WITH PREJUDICE.

/s/
Liam O'Grady
United States District Judge

September 14, 2012
Alexandria, Virginia